March 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DAVID W. WILLIAMS AND DEBORAH C. WILLIAMS, Appellant

NO. 14-11-00836-CV                 V.

AMEGY BANK NATIONAL ASSOCIATION, Appellee

_____

       Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 16, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that each party shall pay its costs incurred by reason of this appeal.

       We further order this decision certified below for observance.

       We further order the mandate be issued immediately.